# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANNE J. MAGRUDER-MARTIN, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-11-115-JHP-SPS |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social ) | |
| Security Administration, ) | |
| Defendant. ) | |

## ORDER

Plaintiff, Anne J. Magruder-Martin, has moved the Court for an award of attorney fees pursuant to 42 U.S.C. §406(b). On May 15, 2014 the Magistrate Judge issued a Report and Recommendation on Plaintiff's Motion For Attorney Fees. There have been no objections filed. The Magistrate Judge recommended that the motion should be granted. Based on an independent review of the record, the Court concludes Plaintiff is entitled to an attorneys' fee award and adopts the Report and Recommendation as this Court's Order.

**IT IS SO ORDERED** this 19th day of June, 2014.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma